776

Commonwealth ex rel. Revty, Appellant, *v.*
Myers.

Submitted March 21, 1966.
*Peter Revty*, appellant, in propria persona; *Gordon E. Stroup*, District Attorney, for appellee.
Order affirmed.
WRIGHT, J., took no part in the consideration or decision of this case.

Commonwealth ex rel. Richwine, Appellant, *v.*
Russell.

Submitted March 14, 1966.
*Ronald G. Richwine*, appellant, in propria persona; *Clarence C. Morrison*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Sessions, Appellant, *v.*
Myers.

Submitted March 21, 1966. *James Sessions*, appellant, in propria persona; *Nathaniel P. D'Amico* and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Starner, Appellant, *v.*
Russell.